JS-6

FILED
CLERK, U.S. DISTRICT COURT

APRIL 7, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: JD DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ACHEKZAI,<br><br>        Petitioner,<br><br>    vs.<br><br>MICHAEL F. MARTEL,<br>Warden,<br>        Respondent. | Case No. SACV 14-01288-DDP (KES)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: April 5, 2016

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1